IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00097

MARGARET P. BURGER,

        Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

        Defendant.

---

## ORDER AWARDING REASONABLE EXPENSES FOR MOTION TO COMPEL

---

Upon consideration of the plaintiff's motion for an award of reasonable expenses pursuant to Fed.R.Civ.P. 37(a)(4)(A), filed December 2, 2005, and the defendant's response of December 22, 2005, together with the plaintiff's reply, the Court finds and concludes that the refusal of defendant's counsel to cooperate with  plaintiff's counsel in obtaining an appropriate order to produce the student disciplinary records under an appropriate order complying with the requirements of FERPA was not substantially justified and, accordingly, the plaintiff is entitled to recovery for the reasonable expenses of proceeding with the motion to compel, resulting in such order, it is

ORDERED that the defendant Cherry Creek School District No. 5 shall pay $1,380.00 to the plaintiff as the reasonable expenses of proceeding with the motion

to compel, such payment to be made within 30 days.

Dated: January 3, 2006

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge