IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00097-RPM-CBS

MARGARET P. BURGER,

Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,

Defendant.

## ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

**THIS MATTER**, having come before the Court, the Court having reviewed the parties' Stipulation for Dismissal with Prejudice, and being otherwise fully advised in the premises, the Court hereby **ORDERS** that this matter is dismissed in its entirety, with prejudice, each party to pay her or its own costs, expenses, and attorneys' fees.

**DATED** this 20th day of February, 2006.

BY THE COURT:

s/Richard P. Matsch

Judge Richard P. Matsch

~6357676.wpd